Per Curiam.

(No. 6460

Chas. Todd, Inc., Claimant, *vs.* State of Illinois, Various Agencies, Respondent.

*Opinion filed February 9, 1973.*

Chas. Todd, Inc., Claimant, pro se.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

Per Curiam.

(No. 6591

Dr. Donald R. Donica, Claimant, *vs.* State of Illinois, Department of Children and Family Services, Respondent.

*Opinion filed February 9, 1973.*

Dr. Donald R. Donica, Claimant, pro se.

William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

Per Curiam.